UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
OFELIA ECHEMENDIA                                          Bk. No. 16-23539-AJC

    Debtor                                                           Chapter 13
_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel enters its appearance for **JPMorgan Chase Bank, National Association,** a creditor and/or party in interest ("the Creditor"), with regards to its Mortgage recorded February 13, 2013, Book 28487 and Page 4849 on the real property, located at 8913 NW 120TH ST 53, HIALEAH GDNS, FL 33018, in the above captioned bankruptcy matter, and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in anyway any of the Creditor's rights or interest, with respect to the Debtor or the property on which Creditor holds a mortgage lien.

PH # 78321

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

October 10, 2016

/s/ Stefan Beuge, Esquire
Stefan Beuge, Esq., Florida Bar No. 68234
Phelan Hallinan Diamond & Jones, PLLC
2727 West Cypress Creek Road
Ft. Lauderdale, FL 33309
Tel: 954-462-7000 Ext. 56588
Fax: 954-462-7001
FLSD.bankruptcy@phelanhallinan.com