**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**2nd  Amended Plan**

DEBTOR: Ofelia Echemendia_____ JOINT DEBTOR:_____ CASE NO.: 16-23539-AJC____
Last Four Digits of SS# 0465_____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

      A.    $ 227.37____for months  1_____to  60___;  in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650_TOTAL PAID $ 1500  Balance Due $ 2150_____
                         payable $ 107.50_____/month (Months 1to  20)

Secured Creditors:  [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None_____   Arrearage on Petition Date  $
Address:_____    Arrears Payment    $_____/month (Months _____to _____)
                            Regular Payment   $_____/month (Months _____to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____   Total Due $_____
                     Payable   $_____/month (Months____to ____)  Regular Payment $_____

Unsecured Creditors: Pay $ 97.15/month (Months 1to 20) and Pay $ 204.65 /month (Months 21to  60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditors Chase Mortgage, Les Fontaines Condominium Association and Southeast Toyota Finance and will continue to pay said creditors outside the chapter 13 plan.  The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

     /s/Robert Sanchez, Esq._____   . _____
Attorney for Debtor                       Joint Debtor
Date: 12-20-2016_____              Date:

LF-31 (rev. 01/08/10)